**Exhibit A**

Table of Last-Observed Infringements by Defendants of Elegant Angel Inc's Copyright in the Motion Picture "REAL FEMALE ORGASMS 13," Copyright Reg. No. PA0001740861

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 107.3.27.76 | 2012-01-05 03:50:47 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 2 | 107.3.92.156 | 2011-12-04 21:37:30 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 3 | 108.49.23.238 | 2011-12-02 17:46:19 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 4 | 173.48.23.3 | 2011-12-24 02:27:55 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 5 | 173.48.98.196 | 2012-01-05 00:13:51 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 6 | 173.76.14.189 | 2011-11-29 03:14:05 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 7 | 173.76.18.54 | 2012-01-06 00:59:52 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 8 | 173.76.61.185 | 2011-12-15 03:19:43 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 9 | 173.76.66.118 | 2011-12-02 20:51:47 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 10 | 174.63.111.224 | 2011-12-03 14:18:58 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 11 | 174.63.49.113 | 2011-11-18 21:11:45 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 12 | 24.107.229.4 | 2012-01-14 20:35:36 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 13 | 24.147.199.227 | 2011-11-16 10:05:54 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 14 | 24.151.135.124 | 2011-12-30 13:57:03 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 15 | 24.218.14.72 | 2011-12-19 18:43:41 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 16 | 24.218.221.35 | 2012-01-14 15:06:00 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 17 | 24.60.143.0 | 2011-12-09 22:56:41 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 18 | 24.60.206.80 | 2012-01-06 21:10:35 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 19 | 24.61.140.53 | 2011-11-28 00:37:09 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 20 | 24.61.8.211 | 2012-01-10 22:31:57 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 21 | 24.63.227.176 | 2012-01-04 12:19:46 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 22 | 24.91.184.94 | 2012-01-04 09:11:20 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 23 | 50.133.225.4 | 2011-12-12 03:11:57 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 24 | 50.133.249.70 | 2012-01-11 15:07:06 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 25 | 50.136.16.147 | 2011-12-06 19:18:32 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 26 | 50.136.85.107 | 2012-01-06 00:59:52 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 27 | 65.96.117.78 | 2011-12-10 21:04:53 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |

| Doe 28 | 65.96.157.190 | 2011-12-02 02:47:33 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 29 | 65.96.202.49 | 2012-01-12 21:10:21 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 30 | 66.30.130.80 | 2011-12-06 03:13:58 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 31 | 66.30.158.191 | 2011-11-19 06:20:40 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 32 | 66.30.162.207 | 2011-12-03 15:13:23 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 33 | 66.30.162.49 | 2011-11-29 10:14:57 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 34 | 66.30.63.212 | 2011-11-27 11:03:11 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 35 | 66.31.219.15 | 2012-01-14 15:06:00 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 36 | 67.248.39.22 | 2011-12-08 01:27:47 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 37 | 67.248.47.17 | 2011-12-29 01:52:57 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 38 | 71.10.241.59 | 2011-11-23 07:54:52 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 39 | 71.162.123.146 | 2012-01-02 16:48:43 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 40 | 71.174.238.12 | 2011-12-10 23:49:37 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 41 | 71.184.101.97 | 2011-12-30 00:23:19 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 42 | 71.192.134.6 | 2012-01-15 05:49:00 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 43 | 71.192.228.157 | 2011-11-28 00:37:09 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 44 | 71.232.113.38 | 2011-12-08 14:24:21 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 45 | 71.232.38.122 | 2011-12-10 16:14:49 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 46 | 71.232.85.245 | 2011-12-28 16:30:53 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 47 | 71.233.227.153 | 2011-12-01 18:53:26 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 48 | 71.233.23.102 | 2011-12-04 20:49:51 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 49 | 71.234.245.37 | 2011-12-06 07:51:15 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 50 | 71.234.98.88 | 2011-11-21 03:59:49 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 51 | 74.104.146.157 | 2011-12-12 09:13:20 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 52 | 74.104.159.97 | 2011-11-28 20:23:28 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 53 | 74.76.78.39 | 2012-01-13 21:22:46 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 54 | 75.68.193.246 | 2011-11-20 06:42:56 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 55 | 76.118.205.5 | 2011-11-25 19:32:01 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 56 | 76.118.91.11 | 2012-01-13 11:28:40 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 57 | 76.119.89.171 | 2012-01-05 19:23:25 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 58 | 76.127.219.219 | 2012-01-02 00:52:23 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 59 | 76.178.232.112 | 2011-12-11 21:09:01 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 60 | 76.178.232.148 | 2011-12-17 00:59:47 -0500 | Road Runner | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 61 | 76.19.108.161 | 2011-11-22 20:16:16 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 62 | 76.19.201.25 | 2012-01-10 11:32:56 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 63 | 76.19.66.168 | 2011-12-04 17:25:58 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |

| Doe 64 | 76.24.133.46 | 2011-11-27 14:48:57 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 65 | 76.24.166.78 | 2012-01-06 03:06:11 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 66 | 96.233.107.226 | 2011-11-20 18:01:56 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 67 | 96.233.91.90 | 2011-11-24 20:11:09 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 68 | 96.237.10.243 | 2011-11-30 15:12:51 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 69 | 96.237.176.108 | 2012-01-12 21:10:43 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 70 | 96.240.199.243 | 2012-01-02 14:15:22 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 71 | 98.110.158.204 | 2011-12-26 15:42:06 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 72 | 98.118.103.197 | 2011-12-11 08:59:42 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 73 | 98.118.46.19 | 2012-01-10 19:12:46 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 74 | 98.216.141.179 | 2012-01-13 08:41:01 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 75 | 98.216.64.114 | 2011-12-21 15:09:00 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 76 | 98.217.117.216 | 2012-01-01 20:34:00 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 77 | 98.217.68.181 | 2011-11-27 03:10:08 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 78 | 98.229.48.30 | 2011-12-23 11:04:23 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 79 | 98.229.57.69 | 2011-11-18 12:10:36 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |