**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ___Patrick Collins, Inc._____ <br> **Plaintiff** <br><br> **V.** <br><br> ___Does 1 -79_____ <br> **Defendants** | **CIVIL ACTION** <br><br> **NO.** ___12-10532-GAO___ |

**O R D E R**

___O'Toole, D.J.___

**The Plaintiff's Memorandum in Support re Motion for Discovery (docket number 5) is stricken for failure to comply with Local Rule 5.1(a). Within seven days of the date of this order, the Plaintiff shall file and serve a substitute pleading that conforms to the requirements of the Court's Local Rules.**

| | |
|---|---|
| ___3/26/2012___ <br> **Date** | ___/s/George A. O'Toole, Jr.___ <br> **United States District Judge** |