COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
CIVIL ACTION NO. 12CV10532-GAO

PATRICK COLLINS, INC. DBA ELGANT ANGEL )
PRODUCTIONS )
    Plaintiff )
)
v. )
)
DOES 1-79 )
    Defendants )

### NOTICE OF APPEARANCE ON BEHALF OF DOES 58

Please enter my Appearance on behalf of the Defendant, Doe 58.

Respectfully submitted,

Doe 58
by his attorney

Stephen P. Colella, Esquire
145 South Main Street
Bradford, MA  01835
BBO#: 091500
(978) 374-7877

CERTIFICE OF SERVICE

I, Stephen P. Colella, attorney for Doe 58, hereby certify that on this I served a copy of the foregoing, by mailing a copy of same, postage prepaid, to:

United States District Court
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

Law Offices of Marvin Cable
73 Bridge Street, Suite 6
Northampton, MA 01060

Comcast
Attn: Legal Response Center
650 Centerton Road
Moorestown, NJ 08057

_____
Stephen P. Colella

DATE: May 30, 2012