COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
CIVIL ACTION NO. 12CV10532-GAO

PATRICK COLLINS, INC. DBA ELGANT ANGEL )
PRODUCTIONS )
    Plaintiff )
 )
v. )
 )
 )
DOES 1-79 )
    Defendants )

### DEFENDANTS, JOHN DOE # 58'S AFFIDAVIT IN SUPPORT OF MOTION TO QUASH

May 30, 2012, being duly sworn, depose and says:

1. That he is the attorney for Doe 58 herein.

2. That affiant is informed by the circumstances and upon information and belief that the subpoena served on Comcast cable dated, May 23, 2012, was so served with a view of annoying Defendant Doe 58 and not with any reasonable hope, expectation, or intention of using being able to use said information or evidence during litigation but rather solely as a tool to identify Doe 58 to extract a settlement from him in the course of litigation in which Plaintiff's have no likelihood of success.

3. The information sought is not probative of the anticipated claim of the Plaintiff since at all relevant times Doe 58 had an unsecured wireless router accessible to any number of known and unknown users.

Signed under the pains and penalties of perjury this 31st day of May, 2012.

_Doe 58_
Doe 58

_Attorney Stephen P. Colella_

CERTIFICE OF SERVICE

    I, Stephen P. Colella, attorney for Doe 58, hereby certify that on this I served a copy of the foregoing, by mailing a copy of same, postage prepaid, to:

United States District Court
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

Law Offices of Marvin Cable
73 Bridge Street, Suite 6
Northampton, MA 01060

Comcast
Attn: Legal Response Center
650 Centerton Road
Moorestown, NJ 08057

Stephen P. Colella

DATE: May 30, 2012