**United States District Court for the District of Massachusetts**

| | |
|---|---|
| Patrick Collins, Inc. DBA Elegant Angel Productions ) | |
|     Plaintiff, ) | 2012 JUN -4 P 1:35 |
| v. ) | Civil Action No. 12-CV-10532-GAO |
| DOES 1-79 ) | |
|     Defendants ) | |

### DEFENDANT DOE 12'S
### MOTION TO SEVER, QUASH AND/OR DISMISS

COMES NOW, Defendant Doe 12 ("Doe Defendant") pro-se, pursuant to Federal Rule Civil Procedure 20 (a)(2) and 21, and hereby respectfully moves this Court to quash the subpoena issued by Plaintiff Patrick Collins, Inc. to Charter Communications on or about April 23, 2012 seeking documents sufficient to identify, inter alia, Doe Defendant's name, address, and email address, to sever Doe Defendant from this litigation and/or to dismiss Doe Defendant from this case on the basis of misjoinder as more particularly articulated in the supporting Memorandum of Points and Authorities submitted herewith.

WHEREFORE, Doe Defendant respectfully requests that this Court enter an order quashing Plaintiff's subpoena to Charter Communications, severing Doe Defendant from this litigation and/or dismissing Doe Defendant from the above entitled action and grant such other and further relief as the Court deems just, necessary and proper.

Respecfully submitted,

By ___/s/ Doe 12 /s/___
    Doe Defendant 12
    *Pro se*

### CERTIFICATE OF SERVICE

I hereby certify that on this day 5/31/2012, a copy of the foregoing Motion to Sever, Quash, and/or Dismiss was served via facsimile to Charter Communications at (314) 909-0609 and via US mail on Marvin Cable, Law Offices of Marvin Cable, 73 Bridge Street, Suite #6, Northampton, MA 01060.

___/s/ Doe 12 /s/___
    Doe Defendant 12
    *Pro se*