UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK COLLINS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> DOES 1 – 79, <br><br> *Defendants.* | Civil Action No.: 1:12-cv-10532 <br><br> Plaintiff's Motion for Enlargement of Time for Service |

The Plaintiff respectfully moves for an order pursuant to Federal Rule of Civil Procedure 4(m) to enlarge the period of time to effect service by 120 days. Plaintiff has acted diligently to identify the anonymous Doe infringers, but since it has not received all subscriber records, it requires additional time to complete its preliminary, good faith investigation. Thus, it requests that its time to serve the complaint be extended through and including December 4, 2012.

\*          \*          \*

Respectfully submitted on August 5, 2012,

FOR THE PLAINTIFF:

*/s/ Marvin Cable*

Marvin Cable, Esq.
BBO#: 680968
LAW OFFICES OF MARVIN CABLE
P.O. Box 1630
Northampton, MA 01061
P: +1 (413) 268-6500
F: +1 (413) 268-6500
E: law@marvincable.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

Marvin Cable, Esq.