UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PATRICK COLLINS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 12-10532-GAO |
| JOHN DOES 1-79, | ) ) ) | |
| Defendants. | ) ) | |

ORDER ON PENDING MOTIONS TO QUASH

August 10, 2012

SOROKIN, C.M.J.

The Court will issue a subsequent Memorandum and Order addressing issues presented by the pending motions. In the interim, the Court enters following Orders and hereby:

1. QUASHES all of the subpoenas issued in this case pursuant to the permission for early discovery. The Plaintiff, within three business days of this Order, shall inform each recipient of the subpoenas of this Court's Order. Each recipient is under no obligation to further comply with the subpoenas and each recipient is relieved of any obligation to respond to the subpoenas already issued;

2. PROHIBITS the Plaintiff, its counsel and its agents from using in any way the identities of the subscribers it has already obtained (or does obtain) as a result of the subpoena process (except that within three days, the Plaintiff shall serve a copy of this Order upon all of the subscribers whose identities it has learned to date (and such further subscribers, if any, it learns of in the future as a result of

       the already issued subpoenas);

3.    ORDERS that within three days, the Plaintiff shall notify each ISP recipient of a subpoena that it shall immediately cease all efforts to comply with the subpoena and shall provide each ISP with a copy of this Order.

Notwithstanding the foregoing, the Plaintiff may, within thirty days, request leave for early discovery as explained in the Memorandum and Order on Motions to Quash (Docket # 31) issued in 12-cv-10805-NMG.

SO ORDERED.

    /s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE