# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PATRICK COLLINS, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**DOES 1 – 79**,<br><br>*Defendants.* | Civil Action No.: 1:12-cv-10532<br><br>**Emergency Motion to Preserve ISPs' Subscriber Records** |
| **PATRICK COLLINS, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**DOES 1 – 36**,<br><br>*Defendants.* | Civil Action No.: 1:12-cv-10758<br><br>**Emergency Motion to Preserve ISPs' Subscriber Records** |
| **DISCOUNT VIDEO CENTER, INC.**<br><br>*Plaintiff*,<br><br>v.<br><br>**DOES 1 – 29**,<br><br>*Defendants.* | Civil Action No.: 1:12-cv-10805<br><br>**Emergency Motion to Preserve ISPs' Subscriber Records** |

**1. Plaintiff requests Court Order ISPs preserve records.**

Plaintiff requests this Court to GRANT an order to preserve records, for use in this case. Plaintiff requests that Court orders Internet Service Providers (as listed in Exhibit A to the Complaint) to maintain subscriber records for use in this case until October 2, 2012.

Plaintiff believes that this amount of time will allow Plaintiff, opposing parties and counsels, and this Court to properly resolve a renewed motion for early discovery. A proposed order is submitted along with this motion, accompanied by a supporting memorandum.

*       *       *

Respectfully submitted on August 14, 2012,

               FOR THE PLAINTIFF:

               Marvin Cable, Esq.
               BBO#:  680968
               LAW OFFICES OF MARVIN CABLE
               P.O. Box 1630
               Northampton, MA 01061
               P: +1 (413) 268-6500
               F: +1 (413) 268-6500
               E: law@marvincable.com

## CERTIFICATE OF SERVICE

  I hereby certify that on August 14, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

               Marvin Cable, Esq.

**Table of Contents**

1. **THE COURT QUASHED SUBPOENAS.** ........................................ ERROR! BOOKMARK NOT DEFINED.
2. **ISPS MAY DELETE RECORDS** ..................................................... ERROR! BOOKMARK NOT DEFINED.
3. **PLAINTIFF NEEDS ISPS TO PRESERVE SUBSCRIBER RECORDS.** ...... ERROR! BOOKMARK NOT DEFINED.
4. **PLAINTIFF REQUESTS COURT ORDER ISPS PRESERVE RECORDS.** ............................................. 1