# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PATRICK COLLINS, INC.,** *Plaintiff,* v. **DOES 1 – 79**, *Defendants.* | Civil Action No.: 1:12-cv-10532 **[Proposed] Order Granting Plaintiffs Emergency Motion to Preserve ISP Subscriber Records** |
| **PATRICK COLLINS, INC.,** *Plaintiff,* v. **DOES 1 – 36**, *Defendants.* | Civil Action No.: 1:12-cv-10758 **[Proposed] Order Granting Plaintiffs Emergency Motion to Preserve ISP Subscriber Records** |
| **DISCOUNT VIDEO CENTER, INC.** *Plaintiff,* v. **DOES 1 – 29**, *Defendants.* | Civil Action No.: 1:12-cv-10805 **[Proposed] Order Granting Plaintiffs Emergency Motion to Preserve ISPs' Subscriber Records** |

Upon consideration of Plaintiff's Emergency Motion to Preserve ISPs' Subscriber Records and Plaintiff's supporting memorandum, Plaintiff's motion is hereby GRANTED. It is further ORDERED as follows:

1. Internet Service Providers ("ISPs") listed in Exhibit A to the Complaint shall

preserve any information or records that would identify subscribers, including name, address (present and at the time of infringement), e-mail address, Media Access Control ("MAC") address, and the ISPs' terms of service applicable for each subscriber as identified by IP address in Exhibit A.

2. ISPs shall preserve this information until October 2, 2012.
3. Plaintiff shall notify each ISP listed in Exhibit A to the Complaint of this Order.

**SO ORDERED**

Dated: _____         /s/ Leo T. Sorokin
                                 LEO T. SOROKIN
                                 Chief United States Magistrate Judge