# United States District Court
# District of Massachusetts

PATRICK COLLINS, INC.,
    *Plaintiff,*

v.                          Civil Action No.: 1:12-10532-GAO

DOES 1 – 79,
    *Defendants.*

## *ORDER ON PLAINTIFF'S EMERGENCY MOTION TO PRESERVE ISP'S SUBSCRIBER RECORDS (#37)*

COLLINGS, U.S.M.J.

    Upon consideration of Plaintiff's Emergency Motion to Preserve ISPs' Subscriber Records and Plaintiff's supporting memorandum, Plaintiff's motion is hereby GRANTED.

    It is further ORDERED as follows:

1.    Internet Service Providers ("ISPs") listed in Exhibit A to the Complaint shall preserve any information or records that would identify subscribers, including name, address (present and at the

time of infringement), e-mail address, Media Access Control ("MAC") address, and the ISPs' terms of service applicable for each subscriber as identified by IP address in Exhibit A to the Complaint.

2. ISPs shall preserve this information until October 2, 2012.

3. Plaintiff shall notify each ISP listed in Exhibit A to the Complaint of this Order.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

August 15, 2012.