| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:12-cv-10532-GAO Patrick Collins, Inc. v. Does 1 - 79 Order Setting Hearing on Motion |
| **Date:** | October 2, 2012 10:07:11 AM EDT |
| **To:** | CourtCopy@mad.uscourts.gov |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

### District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered on 10/2/2012 at 10:07 AM EDT and filed on 10/2/2012
**Case Name:**   Patrick Collins, Inc. v. Does 1 - 79
**Case Number:**   1:12-cv-10532-GAO
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Ch. Magistrate Judge Leo T. Sorokin: ELECTRONIC ORDER entered. ORDER Setting Hearing on Motion. The Court will hold a hearing on the Plaintiff's Renewed Motion for Early Discovery (Docket # 43) on October 5, 2012 at 4:00 p.m. in Courtroom 24, before Ch. Mag. Judge Leo T. Sorokin. Counsel shall be prepared to address the questions of: (1) what information the Plaintiff already possesses regarding the alleged infringers; and, (2) what further discovery is required in order to enable it to name the infringers identified in the Complaint. (Chernetsky, James)**

**1:12-cv-10532-GAO Notice has been electronically mailed to:**

Stephen P. Colella   colellalaw@aol.com

John J. Regan   jreganesq@aol.com

Jason E. Sweet   jsweet@boothsweet.com

Daniel G. Booth   dbooth@boothsweet.com

Marvin N. Cable   law@marvincable.com, cd@marvincable.com, rw@marvincable.com

**1:12-cv-10532-GAO Notice will not be electronically mailed to:**

John Doe 12