**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| PATRICK COLLINS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. A. No. 1:12-cv-10532-GAO |
| DOES 1 – 79, | ) ) ) | |
| Defendants. | ) | |

**AFFIDAVIT OF ATTORNEY JASON SWEET**

1. My name is Jason E. Sweet.

2. I am the attorney of record for Doe 21 in the above-referenced matter.

3. On October 5, 2012, I attended a motion hearing on Plaintiff's Renewed Motion for Early Discovery (the "Motion"). I was fully prepared to argue in opposition to the Motion.

4. The clerk of court noted at 4:00 pm, the scheduled hearing time, that Attorney Marvin Cable, Plaintiff's lead counsel, was not present.

5. The clerk of court attempted to call Attorney Cable, including by his cell phone number, which I provided.

6. The Magistrate Judge announced that Attorney Cable could not be reached.

7. The Magistrate Judge announced that argument on the Motion would be rescheduled.

Signed under the pains and penalties of perjury on October 9, 2012.

/s/ Jason Sweet
Jason E. Sweet (BBO# 668596)
BOOTH SWEET LLP
32R Essex Street
Cambridge, MA 02139
Telephone: (617) 250-8602
jsweet@boothsweet.com