UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK COLLINS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOES 1 – 79, ) <br> ) <br> Defendants. ) | Civ. A. No. 1:12-cv-10532-GAO |

**DOE 21 AND DOE 69'S MOTION FOR FEES AND COSTS**

Now comes Doe 21 and Doe 69 in the above-reference matter to move this Court to assess an award including fees and costs for the failure of Plaintiff, Patrick Collins, Inc., to attend a scheduled hearing on its own motion at 4:00 pm on October 5, 2012, Chief Magistrate Judge Leo T. Sorokin presiding.

| | | | |
|---|---|---|---|
| Preparation of Opposition to Plaintiff's Renewed Motion for Early Discovery and Motion for Sanctions (Booth) | 5.0 | 250.00 | 1250.00 |
| Court appearance (Booth and Sweet) | 1.0 | 250.00 | 500.00 |
| Travel (Booth and Sweet) | 2.0 | 250.00 | 1000.00 |
| | | | **$2750.00** |

Respectfully submitted by counsel for Doe 21 and Doe 69 on October 9, 2012.

/s/ Dan Booth
Daniel G. Booth (BBO# 672090)
BOOTH SWEET LLP
32R Essex Street, Suite 1
Cambridge, MA 02139
Telephone: (617) 250-8602
dbooth@boothsweet.com

1