UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**PATRICK COLLINS, INC**
        **Plaintiff**

**V.**

**DOES 1-79**
        **Defendant**

**CIVIL ACTION**

**NO. 12-10532-GAO**

## ORDER OF DISMISSAL

**O'TOOLE   D. J.**

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1.

**By the Court,**

**3/28/13**
    **Date**

**/s/ Paul Lyness**
**Deputy Clerk**

(4mdismissal.wpd  - 12/98)                                                                                       [odism.]